IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

TERRELL RAY MOSLEY                                                                                          PLAINTIFF
ADC #145155

V.                                      Case No. 4:23-CV-00897-BBM

WELLPATH, LLC, Medical Provider,
Tucker Unit, ADC; and LONNELL
SEAMSTERS, Doctor/Provider,
WellPath, Tucker Unit, ADC                                                                                DEFENDANTS

## ORDER

On November 20, 2024, Defendant Wellpath, LLC, filed a suggestion of bankruptcy and a notice of an automatic stay of these proceedings due to the bankruptcy filing by Wellpath Holdings, Inc., and related entities. (Doc. 65); *see In re Wellpath Holdings, Inc., et al.*, Case No. 24-90533 (Bankr. S.D. Tex). On May 22, 2025, Defendants notified the Court that the bankruptcy stay has been lifted. (Doc. 72).

IT IS THEREFORE ORDERED THAT:

1. The stay in this case is LIFTED, and this case is REOPENED.

2. Defendants may refile their Motion for Summary Judgment on or before <u>June 6, 2025</u>.[1] If Defendants refile their Motion for Summary Judgment, Plaintiff may file a renewed response.

SO ORDERED this 27th day of May, 2025.

_____
UNITED STATES MAGISTRATE JUDGE

---

[1] This Motion was administratively terminated when the case was closed. *See* (Doc. 67).